GIBSON, DUNN & CRUTCHER LLP
Rachel S. Brass, SBN 219301
rbrass@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:   415.393.8306

Attorney for Defendant CREDICO (USA) LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASHIAN R. SCOTT, on his own behalf and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT CORPORATION; SPRINT/UNITED MANAGEMENT CORPORATION; LEGION; LATITUDE GROUP; CREDICO (USA) LLC, ALON BRENER, an individual,<br><br>Defendants. | CASE NO. 3:17-cv-02846<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION WITH STATE COURT**<br><br>[Removal from the Superior Court of the State of California, County of Alameda, Case No. RG 17856280]<br><br>Action Filed:   April 11, 2017 |

TO THE CLERK OF THE ABOVE-TITLED COURT AND TO PLAINTIFF TASHIAN SCOTT AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Credico (USA) LLC has filed notice in the Superior Court of the State of California in and for the County of Alameda that Defendants have removed this action from the Superior Court to the United States District Court for the Northern District of California, San Francisco Division.  A true and correct copy of the notice is attached hereto as **Exhibit A**.

Respectfully submitted,

Dated:  May 18, 2017                                    GIBSON, DUNN & CRUTCHER LLP


By:     */s/ Rachel S. Brass*
        Rachel S. Brass

Attorney for Defendant
CREDICO (USA) LLC

# PROOF OF SERVICE

I, Suzanne Maruschak, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State.  On May 18, 2017, I served the following document(s):

**NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION WITH STATE COURT**

on the parties stated below, by the following means of service:

David A. Rosenfeld
Caren P. Sencer
David W.M. Fujimoto
Weinberg, Roger & Rosenfeld PC
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501
Telephone: 510-337-1001
Facsimile: 510-337-1023
drosenfeld@unioncounsel.net
csencer@unioncounsel.net
dfujimoto@unioncounsel.net

*Counsel for Plaintiffs*

| | |
|---|---|
| Elise O'Brien | Nicole Eichberger |
| Rynn & Janowsky, LLP | Proskauer Rose LLP |
| 4100 Newport Place Drive, Suite 700 | Eleven Times Square |
| Newport Beach, California 92660 | New York, New York  10036 |
| Telephone:  949-430-3417 | Telephone: 212-969-3000 |
| Facsimile: 949-225-4766 | Facsimile: 212-969-2900 |
| elise@rjlaw.com | neichberger@proskauer.com |
| *Counsel for Defendants Legion, Latitude Group, & Alon Brener* | *Counsel for Defendants Sprint Corporation and Sprint/United Management Corporation* |

☑ **BY UNITED STATES MAIL**: I placed a true copy in a sealed envelope or package addressed to the persons as indicated above, on the above-mentioned date, and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service in the ordinary course of business in a sealed envelope with postage fully prepaid. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing set forth in this declaration.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

☑ I am employed in the office of Rachel S. Brass, a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

☑ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2017.

/s/ Suzanne Maruschak

Gibson, Dunn & Crutcher LLP

3
PROOF OF SERVICE