Howard A. Sagaser, State Bar No. 72492
William M. Woolman, State Bar No. 145124
Ian B. Wieland, State Bar No. 285721
**SAGASER, WATKINS & WIELAND, PC**
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Defendants, CREDICO (USA) LLC

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHIAN R. SCOTT, on his own behalf and on behalf of all those similarly situated.<br><br>Plaintiff(s),<br><br>v.<br><br>SPRINT CORPORATION; SPRINT/UNITED MANAGEMENT CORPORATION; LEGION; LATITUDE GROUP; CREDICO (USA) LLC; ALON BRENER, an individual<br><br>Defendant(s). | Case No.: 3:17-cv-02846-EMC<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINES REGARDING JURISDICTIONAL ISSUES AND [PROPOSED] ORDER** |

The undersigned, representing all parties herein, stipulate as follows:

1. The parties have meet and conferred regarding the law and facts necessary to address jurisdictional concerns under the Class Action Fairness Act of 2005 ("CAFA") as directed by this Court.

2. Defendants Legion, Latitude Group and Credico (USA) LLC believe worker numbers and potential damages satisfy the jurisdictional requirements under CAFA. This information has been generally shared with Plaintiff's counsel. Details require more time to put into a form proper for submission to this Court.

///

///

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 421-7000

3. This Court set August 31, 2017 as the deadline for Defendants' supplemental brief regarding jurisdiction. Defendants require one (1) additional week to prepare the declarations and briefing to demonstrate satisfaction of the jurisdictional requirements.

4. For the above reasons, the parties request the following scheduling modification:

| Description | Current Date | Requested Date |
|---|---|---|
| Defendants' Supplemental Brief | August 31, 2017 | September 7, 2017 |
| Plaintiff's Supplemental Brief | September 7, 2017 | September 14, 2017 |
| Further Hearing regarding jurisdiction issues | September 14, 2017 at 1:30 pm in Courtroom 5 | September 28, 2017 at 1:30pm in Courtroom 5 |

Dated: August 29, 2017				**WEINBERG, ROGER & ROSENFELD**

By: /s/Caren P. Sencer
Caren P. Sencer,
Attorney for Plaintiffs,
Tashian R. Scott, on his on behalf and on behalf of all those similarly situated

Dated: August 29, 2017				**SAGASER, WATKINS & WIELAND PC**

By: /s/William M. Woolman
William M. Woolman
Attorney for Defendant,
Credico (USA), LLC

Dated: August 29, 2017				**PROSKAUER ROSE, LLP**

By: /s/ Nicole Ann Eichberger
Nicole Ann Eichberger
Attorneys for Defendants,
Sprint Corporation and Sprint/Unlimited Management Corporation

Dated: August 29, 2017				**RYNN JANOWSKY LLP**

By: /s/Elise Charlotte O'Brien
Elise Charlotte O'Brien
Attorneys for Defendants,
Legion; Latitude Group and Alon Brener

2

**STIPULATION TO EXTEND BRIEFING DEADLINES REGARDING JURISDICTIONAL ISSUES AND [PROPOSED] ORDER**

015430.00003 - 173178.1

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: August 29, 2017					**SAGASER, WATKINS & WIELAND PC**

							By:	/s/William M. Woolman
								William M. Woolman

## ORDER

Having considered the above stipulation, the Court hereby orders the following modifications to the briefing schedule and hearing regarding jurisdiction:

| Description | Current Date | Requested Date |
|---|---|---|
| Defendants' Supplemental Brief | August 31, 2017 | September 7, 2017 |
| Plaintiff's Supplemental Brief | September 7, 2017 | September 14, 2017 |
| Further Hearing regarding jurisdiction issues | September 14, 2017 at 1:30 pm in Courtroom 5 | September 28, 2017 at 1:30pm in Courtroom 5 |

It is so ORDERED.

Dated: August 30, 2017

_____
JUDGE OF THE UNITED STATES DISTRICT COURT



IT IS SO ORDERED
Judge Edward M. Chen

---

3
**STIPULATION TO EXTEND BRIEFING DEADLINES REGARDING JURISDICTIONAL ISSUES AND [PROPOSED] ORDER**

015430.00003 - 173178.1